# EXHIBIT 2

```
 1      IN THE UNITED STATES DISTRICT COURT
 2          MIDDLE DISTRICT OF TENNESSEE
 3              NASHVILLE DIVISION
 4   -----------------------------------
     RACHAEL ANNE ELROD, ANDREW
 5   KAUFMAN, and SARAH MARTIN,
     on behalf of themselves and
 6   all others similarly situated,
 7        Plaintiffs,
 8   v.                 Case No. 3:20-cv-00617
 9   NO TAX 4 NASH, MICHELLE
     FOREMAN, and JOHN DOES 1-10,
10
          Defendants.
11   -----------------------------------
     BROOKS BRASFIELD, on behalf
12   of himself and all others
     similarly situated,
13
          Plaintiff,
14
     v.                 Case No. 3:20-cv-00618
15
     NO TAX 4 NASH, MICHELLE
16   FOREMAN, and JOHN DOES 1-10,
17        Defendants.
     -----------------------------------
18
19
20
21
22
23
24
25
```

```
 1              The Remote Deposition of
 2    HEATHER SELLERS, taken pursuant to Notice of
 3    Taking Deposition, taken before
 4    Alexis A. Jensen, RPR, CRR, and a Notary
 5    Public in and for the County of Dakota,
 6    State of Minnesota, taken on January 25,
 7    2021, commencing at approximately 9:33 a.m.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | for a company, lobbying, and serving as a | 10:01:16 |
| 2 | company's spokesman. | 10:01:20 |
| 3 | Is that accurate? | 10:01:24 |
| 4 | A. That is. | 10:01:25 |
| 5 | Q. Okay. And you refer in the bio, the last | 10:01:26 |
| 6 | line, to Best Sellers as a political | 10:01:27 |
| 7 | consulting company. | 10:01:30 |
| 8 | Is that accurate? | 10:01:32 |
| 9 | A. We do that. | 10:01:33 |
| 10 | Q. And what does that mean, "political | 10:01:34 |
| 11 | consulting company"? | 10:01:37 |
| 12 | A. Typically, we will help a candidate if they | 10:01:38 |
| 13 | are wanting to run for office. And we will | |
| 14 | sit down, and we will help them with | |
| 15 | everything from planning their logo to | 10:01:48 |
| 16 | planning their -- their platform to planning | 10:01:51 |
| 17 | their campaign, and researching who they're | 10:01:53 |
| 18 | running for, et cetera. | 10:01:57 |
| 19 | So, that's what we do primarily is | 10:01:58 |
| 20 | help a candidate learn how -- how to run. | 10:02:01 |
| 21 | And once we put them into that -- the field | 10:02:05 |
| 22 | of yes, they are going to run, then we help | 10:02:08 |
| 23 | them plan their campaign. | 10:02:12 |
| 24 | Q. The biography then lists that you graduated | 10:02:18 |
| 25 | from the University of Mississippi, correct? | 10:02:21 |

| | | |
|---|---|---|
| 1 | freelance work for us. And then she went | |
| 2 | and worked for Nick Freitas in Virginia. | 10:03:17 |
| 3 | And she is -- for me. And she just every | 10:03:23 |
| 4 | now and then will do a little bit of design | 10:03:27 |
| 5 | work for me, but she never was a full-time | 10:03:30 |
| 6 | calendar-paid employee. But she is someone | 10:03:34 |
| 7 | that I have used for graphic design and all, | 10:03:38 |
| 8 | which I didn't go to school for. | 10:03:40 |
| 9 | Q. Okay. | 10:03:45 |
| 10 | A. Does it say that? I hadn't even -- yeah, it | 10:03:45 |
| 11 | should. It should tell -- she's good at | 10:03:48 |
| 12 | that, painting, colors, et cetera. | 10:03:51 |
| 13 | Q. Did Ms. Carlson work at all with any | 10:03:53 |
| 14 | services provided to No Tax 4 Nash by | 10:03:58 |
| 15 | Best Sellers? | 10:04:01 |
| 16 | A. To the best of my knowledge, no. | 10:04:01 |
| 17 | Q. Okay. | 10:04:08 |
| 18 | A. No. 99 percent sure, no. | 10:04:08 |
| 19 | Q. I'm now going to flip over to what I have as | 10:04:13 |
| 20 | the services tab on the Best Sellers | 10:04:16 |
| 21 | website. | 10:04:21 |
| 22 | Do you see that? | 10:04:23 |
| 23 | A. I do. | 10:04:24 |
| 24 | Q. Okay. And looking at -- at these various | 10:04:25 |
| 25 | services, general consulting, media | 10:04:27 |

| | | |
|---|---|---|
| 1 | training, positive PR, advertising and paid | 10:04:32 |
| 2 | media, polling, digital and social media, | 10:04:35 |
| 3 | website development, and production and | 10:04:39 |
| 4 | photography. | 10:04:45 |
| 5 | Are those all services that | 10:04:46 |
| 6 | Best Sellers provides its clients? | 10:04:47 |
| 7 | A.  We do, or we will help you -- like, I don't | 10:04:47 |
| 8 | do production and photography. | |
| 9 | So I'll make it clear when I go | |
| 10 | over this with a client, I'm not going to | 10:04:51 |
| 11 | show up with a camera or a video camera, but | 10:04:54 |
| 12 | I can certainly help make sure we get the | 10:04:58 |
| 13 | right angles, we get a good production. | 10:05:02 |
| 14 | As far as the other things, like | 10:05:07 |
| 15 | graphic -- the graphic design, website | 10:05:08 |
| 16 | development, we would use someone, but I | 10:05:13 |
| 17 | will definitely oversee that and help. | 10:05:13 |
| 18 | So again, when a candidate comes to | 10:05:14 |
| 19 | me in the beginning of thinking of running | 10:05:17 |
| 20 | for election, I'll go over the services and | 10:05:20 |
| 21 | the things that I have the experience and | 10:05:24 |
| 22 | knowledge of doing, but I may have someone | 10:05:25 |
| 23 | else come in to help me in the meantime to | 10:05:29 |
| 24 | actually film it, so to speak, is a good | 10:05:34 |
| 25 | example. | 10:05:38 |

| | | |
|---|---|---|
| 1 | Q. Other than political candidates, what other | 10:05:38 |
| 2 | types of clients does Best Sellers have? | 10:05:44 |
| 3 | A. So I have worked with in the past car | 10:05:44 |
| 4 | dealers. I have worked with furniture | 10:05:46 |
| 5 | stores, restaurants. If you have a service | 10:05:55 |
| 6 | or good that you're trying to get people to | |
| 7 | come into, I will help you with that. | |
| 8 | Primarily my background is | 10:05:58 |
| 9 | television, but I have bought radio, TV, | 10:06:02 |
| 10 | newspaper. | 10:06:05 |
| 11 | Q. Looking at the services tab, under | 10:06:09 |
| 12 | advertising and paid media, it states under | 10:06:11 |
| 13 | that advertising and paid media description, | 10:06:17 |
| 14 | Building the best media plan based on the | 10:06:17 |
| 15 | budget and winning strategy. TV, radio, | 10:06:20 |
| 16 | direct mail, digital targeting, texting, | 10:06:23 |
| 17 | peer-to-peer texting, robocalls, and | 10:06:26 |
| 18 | ringless voicemails. | 10:06:29 |
| 19 | Did I read that correctly? | 10:06:31 |
| 20 | A. Notice the ones that I have at the end, but | 10:06:32 |
| 21 | yes. | 10:06:36 |
| 22 | Q. Okay. So it mentions robocalls. | 10:06:37 |
| 23 | And what does -- what does that | 10:06:40 |
| 24 | mean in the context of the services that | 10:06:43 |
| 25 | Best Sellers provides? | 10:06:46 |