# EXHIBIT 4

```
 1              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF TENNESSEE
 2                     NASHVILLE DIVISION

 3   RACHAEL ANNE ELROD, ANDREW         )
     KAUFMAN, and SARAH MARTIN, on      )
 4   behalf of themselves and all       )
     other similarly situated,          )
 5                                      ) No. 3:20-cv-00617
                 Plaintiffs,            )
 6                                      )
     vs.                                ) District Judge Eli
 7                                      ) J. Richardson
     NO TAX 4 NASH, MICHELLE            ) Magistrate Judge
 8   FOREMAN, and JOHN DOES 1-10,       ) Barbara D. Holmes
                                        )
 9               Defendants.            )
     _____)
10                                      )
     BROOKS BRASFIELD, on behalf of     )
11   himself and all others             ) No. 3:20-cv-00618
     similarly situated,                )
12                                      )
                 Plaintiffs,            )
13   vs.                                )
                                        )
14   NO TAX 4 NASH, MICHELLE            )
     FOREMAN, and JOHN DOES 1-10,       )
15                                      )
                 Defendants             )
16   _____)

17
            Zoom Deposition of:
18
            MICHELLE FOREMAN
19
            Taken on behalf of the Plaintiffs
20
            January 29, 2021
21

22
     ----------------------------------------------------------
23              ALPHA REPORTING CORPORATION
                  RHONDA S. NICHOLSON, RPR
24              One Vantage Way, Suite D-115
                 Nashville, Tennessee 37228
25                    (615) 244-4812
                   www.alphareporting.com
```

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| RACHAEL ANNE ELROD, ANDREW KAUFMAN, SARAH MARTIN, and BROOKS BRASFIELD, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br>v.<br><br>NO TAX 4 NASH, MICHELLE FOREMAN, And JOHN DOES 1-10<br>    Defendants. | No. 3:20cv00617<br><br>District Judge Eli J. Richardson<br><br>Magistrate Judge Barbara D. Holmes<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES

COMES the Defendant, Michelle Foreman, by and through counsel, and hereby submits the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**1.     Fed. R. Civ. P. 26(a)(1)(A):**

**(i)    The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information- that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;**

:

| Name | Point of Contact | Knowledge |
|---|---|---|
| Michelle Foreman | This witness may be contacted through Defendant's counsel | |
| Heather Sellers<br>Best Sellers, LLC | Telephone Number: 334-657-6850<br><br>Address: 313 Red Eage Circle Ridgeland, MS 39157<br><br>Address: 973A South Rolfe Street Arlington, VA 22204<br><br>Email: heather@bestsellersco.org | Knowledge of calls made |

**EXHIBIT**

**Foreman 1**

| Joe Gregory | Telephone Number: 614-800-3013 | Knowledge of calls made |

2. **Fed. R. Civ. P. 26(a)(1)(B):**

(ii) **A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;**

**RESPONSE:**

| Name of Document/ Information | Category Description |
|---|---|
| Media Plan by Heather Sellers | PDF Slideshow |
| Invoice prepared for No Tax 4 Nash by Heather Sellers | PDF |
| Heather Sellers business card | PDF |

3. **Fed. R. Civ. P. 26(a)(1)(B)(IV):**

(iii) **A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered;**

**RESPONSE:** None.

4. **Fed. R. Civ. P. 26(a)(2):**

(iv) **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**RESPONSE:** None.

5. **Initial Case Management Order**
   (a) Defendant shall identify any other persons and/or entities who are or may be legally responsible for the calls at issue in this action.

   **RESPONSE:** Best Sellers, LLC

6. **Initial Case Management Order**
   (b) Defendant shall produce all documents, communications, and agreements with Best Sellers, LLC relating to the calls at issue in this action.

   **RESPONSE:**

| Name of Document/ Information | Category Description |
|---|---|
| Media Plan by Heather Sellers | PDF Slideshow |
| Invoice prepared for No Tax 4 Nash by Heather Sellers | PDF |
| Heather Sellers business card | PDF |

7. **Initial Case Management Order**
   (c) Defendant shall produce any lists of telephone numbers, calling data or other information provided to Best Sellers, LLC, describing the actual or intended recipients of the calls at issue in this action.

   **RESPONSE:** Defendant is attaching the Voter Registration Database

                             **Respectfully submitted,**

                             /s/ G. Kline Preston, IV
                             **G. KLINE PRESTON, IV #17141**
                             **KLINE PRESTON LAW GROUP**
                             **Belle Meade Office Plaza**
                             **4515 Harding Pk., Suite 107**
                             **Nashville, TN 37205**
                             **Tel: (615) 279-1619**
                             **Fax: (866) 610-9565**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was sent via email and US mail, postage prepaid, this 3rd day of November, 2020 to:

Mr. John Spragens, Esq.
Spragens Law, PLC
311 22nd Avenue North
Nashville, TN 37203

/s/ G. Kline Preston, IV
G. Kline Preston, IV