# EXHIBIT 5

# FILED MANUALLY (UNDER SEAL) PURSUANT TO DKT. NOS. 33 & 36