# EXHIBIT 6

```
 1        IN THE UNITED STATES DISTRICT COURT

 2            MIDDLE DISTRICT OF TENNESSEE

 3                 NASHVILLE DIVISION

 4    -----------------------------------
      RACHAEL ANNE ELROD, ANDREW
 5    KAUFMAN, and SARAH MARTIN,
      on behalf of themselves and
 6    all others similarly situated,

 7         Plaintiffs,

 8    v.                   Case No. 3:20-cv-00617

 9    NO TAX 4 NASH, MICHELLE
      FOREMAN, and JOHN DOES 1-10,
10
           Defendants.
11    -----------------------------------
      BROOKS BRASFIELD, on behalf
12    of himself and all others
      similarly situated,
13
           Plaintiff,
14
      v.                   Case No. 3:20-cv-00618
15
      NO TAX 4 NASH, MICHELLE
16    FOREMAN, and JOHN DOES 1-10,

17         Defendants.
      -----------------------------------
18

19

20

21

22

23

24

25
```

1           The Remote Deposition of
2    HEATHER SELLERS, taken pursuant to Notice of
3    Taking Deposition, taken before
4    Alexis A. Jensen, RPR, CRR, and a Notary
5    Public in and for the County of Dakota,
6    State of Minnesota, taken on January 25,
7    2021, commencing at approximately 9:33 a.m.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**From:** hesellers@aol.com <hesellers@aol.com>
**Sent:** Sunday, November 22, 2020 7:39 PM
**To:** Katherine Barrett Riley <KBRiley@BarrettLawGroup.com>
**Subject:** Email 1: Fwd: michelle farnham shared "Voter Data list Feb 2020.xlsx"


-----Original Message-----
From: michelle farnham (via Dropbox) <no-reply@dropbox.com>
To: hesellers@aol.com
Sent: Wed, Jul 15, 2020 7:37 pm
Subject: michelle farnham shared "Voter Data list Feb 2020.xlsx"



Hi Heather,

michelle farnham (gallagherchic2@msn.com) invited you to **Voter Data list Feb 2020.xlsx**.

michelle said:

*"Heather, here is the Davidson County TN voter data-talk to you a bit later!"*


View on Dropbox

Enjoy!
The Dropbox team

Report to Dropbox                                                                 © 2020 Dropbox

BW - 01/25/21
Exhibit 4