# EXHIBIT 7

# FACSIMILE TRANSMISSION

| To: | From: Kline Preston |
|---|---|
| | Kline Preston Law Group |
| | 4515 Harding Pike |
| | Nashville |
| | TN                37205 |

**Phone:**

**Fax Phone:** (615) 255-5419

**Phone:** 16152791619

**Fax Phone:** 18666109565

**Note:**

```
To: Mr. Joe P. Leniski, Jr., Esq.
From: Lauren Maclean, Paralegal to Mr. Kline Preston, IV, Esq.
RE: Case No. 3:20-cv-00617
```

**Date:** 11/25/2020

**Pages:** 6

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| RACHEL ANNE ELROD, ANDREW KAUFMAN, and SARAH MARTIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NO TAX 4 NASH, JIM ROBERTS, MICHELLE FOREMAN, KIMBERLY EDWARDS, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 3:20-cv-00617<br><br>Class Action<br><br>Jury Trial Demanded |

## DEFENDANT, MICHELLE FOREMAN'S, RESPONSE TO PLAINTIFFS' REQUESTS FOR ADMISSIONS

Comes the Defendant, Michelle Foreman, by and through counsel, and hereby answers the Plaintiffs' Requests for Admissions:

1. Admit that You and/or No Tax 4 Nash caused pre-recorded messages to be sent to Plaintiffs' cellular telephone.

   **RESPONSE**: **DENIED.**

2. Admit that You and/or No Tax 4 Nash caused pre-recorded messages to be sent to Plaintiffs' cellular telephone through an auto-dialer.

   **RESPONSE**: **DENIED.**

3. Admit that You and/or No Tax 4 Nash caused the pre-recorded messages to be sent to at least 100 individual cellular telephone numbers.

   **RESPONSE**: **DENIED.**

4. Admit that the pre-recorded messages You and/or No Tax 4 Nash caused to be sent to cellular telephone numbers was a political advertisement on behalf of No Tax 4 Nash.

   **RESPONSE**: **DENIED.**

5. Admit that You and/or No Tax 4 Nash obtained cellular telephone numbers for the purpose of sending pre-recorded messages as a promotional tactic to generate interest in No Tax 4 Nash's causes.

   **RESPONSE**: **DENIED.**

6. Admit that You and/or No Tax 4 Nash possess documents which identify the individuals to whom Defendant sent pre-recorded messages.

   **RESPONSE**: **DENIED.**

7. Admit that You and/or No Tax 4 Nash supplied a list of cellular telephone numbers to the auto-dialer for the purpose of sending pre-recorded messages.

   **RESPONSE**: **DENIED.**

8. Admit that You and/or No Tax 4 Nash determined which cellular telephone numbers to include on the list of cellular telephone numbers supplied to the auto-dialer.

   **RESPONSE**: **DENIED.**

9. Admit that You and/or No Tax 4 Nash knew the auto-dialer would be sending pre-recorded messages to the list of supplied cellular telephone numbers.

   **RESPONSE**: **DENIED.**

10. Admit that You and/or No Tax 4 Nash knew that the auto-dialer would store in its possession the list of supplied cellular telephone numbers.

    **RESPONSE**: **DENIED.**

11. Admit that You and/or No Tax 4 Nash are responsible for the content of the pre-recorded messages that the auto-dialer sent to the list of supplied cellular telephone numbers.

    **RESPONSE**: **DENIED.**

12. Admit that You and/or No Tax 4 Nash controlled the content of the pre-recorded messages that the auto-dialer sent to the list of cellular telephone numbers.

    **RESPONSE**: **DENIED.**

13. Admit that You and/or No Tax 4 Nash created the pre-recorded messages, including the substance of the recording, for pre-recorded messages that auto-dialer sent to the list of cellular telephone numbers.

    **RESPONSE**: **DENIED.**

14. Admit that You and/or No Tax 4 Nash do not possess any document wherein Plaintiffs directly requested to receive pre-recorded messages to their cellular telephones concerning No Tax 4 Nash.

    **RESPONSE**: **ADMITTED.**

15. Admit that You and/or No Tax 4 Nash did not receive verbal permission from Plaintiffs to send pre-recorded messages to their cellular telephones.

    **RESPONSE**: **ADMITTED.**

16. Admit that You and/or No Tax 4 Nash did not ask verbal permission of Plaintiffs to send pre-recorded messages to their cellular telephones.

    **RESPONSE**: **ADMITTED.**

17. Admit that Plaintiffs have never directly given You and/or No Tax 4 Nash a written statement on each of their behalf giving You and/or No Tax 4 Nash permission to send pre-recorded messages to their cellular telephones.

**RESPONSE**: **ADMITTED.**

18. Admit that You and/or No Tax 4 Nash did not ask Plaintiffs for a written statement giving permission to send pre-recorded messages to their cellular telephones.

    **RESPONSE**: **ADMITTED.**

19. Admit that You and/or No Tax 4 Nash are not in possession of any document in which Plaintiffs specifically identify You and/or No Tax 4 Nash as having permission to send pre-recorded messages to their cellular telephones.

    **RESPONSE**: **ADMITTED.**

20. Admit that You and/or No Tax 4 Nash are not aware of the existence of any document in which Plaintiffs specifically identify You and/or No Tax 4 Nash as having permission to send them pre-recorded messages to their cellular telephones.

    **RESPONSE**: **ADMITTED.**

21. Admit that You and/or No Tax 4 Nash have never had any direct communications with Plaintiffs.

    **RESPONSE**: **ADMITTED.**

Respectfully submitted,

**KLINE PRESTON LAW GROUP**

/s/ G. Kline Preston, IV, Esq.
G. Kline Preston, IV, Esq (#017141)
Belle Meade Office Park
4515 Harding Pike, Suite 107
Nashville, TN 37205
Tel: 615-279-1619
Fax: 866-610-9565
kpreston@klineprestonlaw.com
*Attorney for Defendant, Michelle Foreman*

4

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been served via CM/ECF on the 25th day of November 2020 to the following:

Mr. John Spragens, Esq. (#31445)
SPRAGENS LAW PLC
311 22nd Avenue N.
Nashville, TN 37203
Tel: 615-983-8900
Fax: 615-682-8533

Mr. Joe P. Leniski, Esq. (#22891)
Mr. Anthony Orlandi, Esq. (#33988)
BRANSTETTER, STRANCH & JENNINGS, PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 200
Nashville, TN 37203
Tel: 615-254-8801

               /s/ G. Kline Preston, IV, Esq.
                G. Kline Preston, IV, Esq.