IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHAEL ANNE ELROD, ANDREW KAUFMAN, SARAH MARTIN, and BROOKS BRASFIELD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOTAX4NASH, MICHELLE FOREMAN, KAREN MOORE, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 3:20-cv-00617<br>*consolidated with* Case No. 3:20-cv-00618<br><br>**District Judge Eli J. Richardson**<br>**Magistrate Judge Barbara D. Holmes**<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' MOTION TO DROP DEFENDANTS JOHN DOES 1-10

Plaintiffs Rachael Anne Elrod, Andrew Kaufman, Sarah Martin, and Brooks Brasfield, on behalf of themselves and the Class, respectfully move the Court pursuant to Rule 21 to drop Defendants John Does 1-10 from the case.

In the Sixth Circuit, Rule 21, not Rule 41(a), governs motions to dismiss claims against fewer than all defendants. *See Cunningham v. Rapid Capital Funding, LLC/RCF*, No. 3:16-CV-2629, 2019 WL 5783670, at *1 (M.D. Tenn. Nov. 6, 2019) (Richardson, J.). It provides that "On motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. Here, the interests of justice and judicial efficiency would be served by dropping Defendants John Does 1-10 from this action because, based on the information revealed in discovery to date, Plaintiffs have identified the individuals Plaintiffs believe are responsible for

the robocalls at issue in this case. Additional John Doe defendants are unneeded. Accordingly, Plaintiffs respectfully ask the Court to drop Defendants John Does 1-10 from this action.

Class counsel conferred with counsel for Defendants and Third-Party Defendants. Counsel for Defendant/Third-Party Plaintiff Foreman and counsel for Third-Party Defendant Gergley/Hypermetrics LLC did not oppose the relief. Counsel O'Dell for Defendant/Third-Party Plaintiff Karen Moore stated that he did not "have plans to object" to the motion but could not "commit without seeing the final version" of it.

Date: August 16, 2021

Respectfully submitted,

/s/ John Spragens

John Spragens (TN Bar No. 31445)
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

Joe P. Leniski, Jr. (TN Bar. No. 22891)
Anthony Orlandi (TN Bar No. 33988)
BRANSTETTER, STRANCH & JENNINGS, PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Email: joeyl@bsjfirm.com
aorlandi@bsjfirm.com

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Drop was filed via the Court's CM/ECF system and served electronically upon the following:

Darrick L. O'Dell
SPICER RUDSTROM PLLC
Philips Plaza
414 Union Street, Suite 1700
Nashville, TN 37219-1823
(615) 259-9080
Fax: (615) 259-1522
dlo@spicerfirm.com

Timothy G. Harvey
Keane A. Barger
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700
tharvey@rwjplc.com
kbarger@rwjplc.com

R. Kreis White
WHITE & RHODES, PC
Brentwood Commons Two
750 Old Hickory Boulevard, Suite 275
Brentwood, TN 37027
(615) 309-0400
Fax: (615) 309-0404
kwhite@whiterhodes.com

*Attorneys for Defendant/Third-Party Plaintiff Karen Moore*

G. Kline Preston, IV
KLINE PRESTON LAW GROUP, PC
4515 Harding Pike, Suite 107
Nashville, TN 37205
(615) 279-1619
Fax: (866) 610-9565
kpreston@klineprestonlaw.com

*Attorney for Defendant/Third-Party Plaintiff Michelle Foreman*

D. Gil Schuette (No. 30336)
Evan S. Rothey (No. 37708)
SIMS|FUNK, PLC
3322 West End Ave, Suite 200
Nashville, TN 37203
(615) 292-9335
(615) 649-8565 (fax)
gschuette@simsfunk.com
erothey@simsfunk.com

*Attorneys for Third-Party Defendants Joe Gergley and Hypermetrics, LLC*

DATED: August 16, 2021

John Spragens

4