IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion, DE100 is GRANTED. All other case management deadlines remain in effect without change.
>
> *Barbara D. Holmes*

| | |
|---|---|
| RACHAEL ANNE ELROD, ANDREW KAUFMAN, and SARAH MARTIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NO TAX 4 NASH, MICHELLE FOREMAN, and JOHN DOES 1-10,<br><br>Defendants. | No. 3:20-cv-00617<br><br>**District Judge Eli J. Richardson**<br>**Magistrate Judge Barbara D. Holmes**<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |
| BROOKS BRASFIELD, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NO TAX 4 NASH and JOHN DOES 1-10<br><br>Defendants. | No. 3:20-cv-00618 |

# PLAINTIFFS' UNOPPOSED MOTION TO RESET DEADLINE TO FILE CLASS NOTICE PROPOSAL BY 45 DAYS

On August 31, 2021, the Court granted Plaintiffs an extension to **September 27, 2021** to file a proposed Plan of Notice to the certified Class. (D.E. 95.) For the reasons stated below, Plaintiffs respectfully move to reset their deadline to file a proposal for class notice by 45 days to **November 11, 2021**. In compliance CMO ¶ 10, Plaintiffs are filing this motion 7 days before the affected deadline.

The parties are engaged in good faith efforts towards resolving this litigation on a class-wide basis. In particular, mediation is tentatively scheduled for October 26, 2021, subject to resolving certain details in the interim. Given the number of parties, lawyers, and insurance carriers involved, it has taken some time to work through the details and coordinate schedules. If the parties are able to reach a proposed Class settlement, it would require notice to issue to the Class independently of the notice to be issued per the September 27 deadline – and require the Court to review and approve that independent form of notice. It would therefore be both costly and inefficient to issue notice twice and to burden the Court twice with adjudicating notice. It could also potentially be confusing to Class Members to receive two forms of notice relatively close in time to each other.

Per CMO ¶ N, Plaintiffs certify that the requested extension still conforms to Local Rule 16.01(h)(1) – indeed, the existing dispositive deadlines are unaffected – and a chart of the trial date and all deadlines (including unaffected deadlines) are as follows:

| Type of Deadline | Current Deadline | New Deadline (affected in **bold**) |
| --- | --- | --- |
| Proposed Class Notice Plan | September 27, 2021 | **November 15, 2021** |
| Case Management Conference | October 27, 2021 | October 27, 2021 |

| | | |
|---|---|---|
| Discovery Motions | December 17, 2021 | December 17, 2021 |
| Completion of Written Discovery and Fact Witness Depositions | December 31, 2021 | December 31, 2021 |
| Plaintiffs and Third-Party Plaintiff Expert Disclosures | January 21, 2022 | January 21, 2022 |
| 3rd Case Resolution Status Report | January 28, 2022 | January 28, 2022 |
| Defendants and Third-Party Defendants' Expert Disclosures | February 28, 2022 | February 28, 2022 |
| Expert Depositions | April 29, 2022 | April 29, 2022 |
| Dispositive Motions | June 3, 2022 | June 3, 2022 |
| Responses to Dispositive Motions | June 24, 2022 (at latest)[1] | June 24, 2022 (at latest) |
| Replies on Dispositive Motions | July 8, 2022 (at latest) | July 8, 2022 (at latest) |
| Trial Date | November 8, 2022 | November 8, 2022 |

Plaintiffs have conferred with counsel for Defendant Ms. Foreman, counsel for Defendant Ms. Moore, and counsel for Third-Party Defendants Joe Gergley/Hypermetrics. All these parties have indicated that they do not oppose this motion.[2]

---

[1] Responses are due within 21 days of the underlying motion, which therefore could fall before June 24 if the motion is filed earlier. The holds true for Reply briefs, which are due within 14 days of any Response brief.

[2] No counsel has formally appeared for Heather Sellers/Best Sellers LLC.

Dated: September 20, 2021                     Respectfully submitted,

*/s/ Anthony A. Orlandi*
Joe P. Leniski, Jr. (TN Bar. No. 22891)
**Anthony Orlandi** (TN Bar No. 33988)
BRANSTETTER, STRANCH & JENNINGS, PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Email: joeyl@bsjfirm.com
          aorlandi@bsjfirm.com

John Spragens, TN Bar No. 31445
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's online CM/ECF system and emailed notice to the following counsel of record:

Darrick O'Dell
Spicer Rudstrom, PLLC
Philips Plaza
414 Union St., Suite 1700
Nashville, TN 37219
Telephone: (615) 259-9080
dlo@spicerfirm.com

Timothy G. Harvey
Keane A. Barger
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
tharvey@rwjplc.com
kbarger@rwjplc.com

*Attorneys for Defendant Karen Moore*

G. Kline Preston, IV
Kline Preston Law Group, PC
4515 Harding Pike
Suite 107
Nashville, TN 37205
(615) 279-1619
Fax: (866) 610-9565
kpreston@klineprestonlaw.com

*Attorney for Defendant Michelle Foreman*

D. Gil Schuette
Evan Rothey
Sims Funk, PLC
3322 West End Ave., Suite 200
Nashville, TN 37203
gschuette@simsfunk.com
erothey@simsfunk.com

*Attorney for Third-Party Defendants Joe Gergley and Hypermetrics, LLC*

I also certify that a true and correct copy of the foregoing has been served by U.S. mail upon:

    Best Sellers, LLC
    313 Red Eagle Circle
    Ridgeland, Mississippi 39157

    Heather Sellers
    313 Red Eagle Circle
    Ridgeland, Mississippi 39157

On this the 20th day of September, 2021

                                    */s/ Anthony A. Orlandi*
                                    Anthony A. Orlandi