# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| RACHAEL ANNE ELROD, ANDREW KAUFMAN, SARAH MARTIN, and BROOKS BRASFIELD, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | Case Nos. 3:20-cv-00617 |
| | ) | Judge Richardson |
| Plaintiffs, | ) ) | |
| | ) | Magistrate Judge Holmes |
| v. | ) ) | |
| NOTAX4NASH, MICHELLE and FOREMAN, KAREN MOOORE, and JOHN DOES 1-10, | ) ) ) ) | CLASS ACTION |
| | ) | JURY TRIAL DEMANDED |
| Defendants, | ) ) | |
| | ) | |
| MICHELLE FOREMAN and KAREN MOORE, | ) ) ) | |
| | ) | |
| Third-Party Plaintiffs, | ) ) | |
| | ) | |
| v. | ) ) | |
| | ) | |
| BEST SELLERS, LLC, HEATHER SELLERS, JOE GERGLEY, and HYPERMETRICS, LLC, | ) ) ) | |
| | ) | |
| Third-Party Defendants. | ) ) ) ) | |

## THIRD-PARTY DEFENDANTS BEST SELLERS, LLC AND HEATHER SELLER'S MOTION TO DISMISS

Third-Party Defendants Heather Sellers and Best Sellers, LLC (collectively

"Sellers") respectfully move this Court to dismiss or strike the Third-Party Plaintiffs'

Amended Third-Party Complaint [Doc. No. 69], with prejudice, pursuant to Rules

12(b)(6) and 14(a). As explained in the accompanying memorandum, the Amended

Third-Party Complaint fails to properly state third-party claims under Rule 14 or for

which relief may be granted under Rule 12(b)(6). Additionally, because a Tennessee

Consumer Protection Act claim was brought without legal merit, Sellers respectfully

request an award of attorney fees pursuant to the Act.

Respectfully Submitted,

LASER LAW FIRM, PLC

/s/ Robert R. Laser III
Robert R. Laser, III (BPR 31202)
300 James Robertson Pkwy., Ste. 402
Nashville, TN 37201
Phone: (615) 622–1122
Direct: (615) 669–5468
rob@laserlawfirm.com
*Attorneys for Third-Party Defendants*
*Heather Sellers and Best Sellers, LLC*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing will be filed and is expected to be

served via CM/ECF on October 1, 2021, upon the following:

G. Kline Preston, IV
Belle Meade Office Park
4515 Harding Pike, Suite 107
Nashville, TN 37205

Timothy G. Harvey
Keane A. Barger
RILEY WARNOCK & JACOBSON
1906 West End Avenue
Nashville, Tennessee 37203

D. Gil Schuette
Sims Funk PLC
3322 West End Ave., Suite 200
gschuette@simsfunk.com

John Spragens
SPRAGENS LAW, PLC
311 22nd Avenue North
Nashville, TN 37203

Joe P. Leniski
Anthony Orlandi
BRANSTETTER, STRANCH & JENNINGS, PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 200
Nashville, TN 37203
*Attorneys for Representative Plaintiffs and the Proposed Class*

/s/ Robert R. Laser III
Robert R. Laser III