IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RACHAEL ANNE ELROD, et al )
)
v. ) NO. 3:20-0617
) Richardson/Holmes
NO TAX 4 NASH, et al )

**O R D E R**

Due to a conflict in the Court's schedule, the November 12 status/case management conference is RESCHEDULED for **November 16, 2021, at 2:00 p.m.** to be held telephonically using the Court's conference line (*see* Docket No. 8 for dial-in details) and to address: status of discovery (including any known or anticipated discovery disputes); prospect for settlement; and, any other appropriate matters. Counsel shall discuss these matters in advance and, if modifications to the current case management schedule and plan are requested, shall file a joint motion for modification by no later than **November 12, 2021**, with a proposed order.[1]

The November 11 deadline for filing of a proposed class notice is suspended for discussion during and pending the November 16 status/case management conference. All other case management deadlines and provisions found in prior orders and not modified herein remain in full force and effect.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] A Word formatted copy of the proposed order shall also be separately emailed to Ms. Jeanne Cox, Courtroom Deputy, at Jeanne_W_Cox@tnmd.uscourts.gov.