# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RACHAEL ANNE ELROD, ANDREW KAUFMAN, and SARAH MARTIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NO TAX 4 NASH, MICHELLE FOREMAN, and JOHN DOES 1-10,<br><br>Defendants. | No. 3:20-cv-00617<br><br>**District Judge Eli J. Richardson**<br>**Magistrate Judge Barbara D. Holmes**<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |
| BROOKS BRASFIELD, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NO TAX 4 NASH and JOHN DOES 1-10<br><br>Defendants. | No. 3:20-cv-00618 |

## REVISED PROPOSED CASE MANAGEMENT ORDER

In compliance with the Court's October 27, 2021 Order (D.E. 117), the parties respectfully submit the following amended proposed case management schedule:

| Type of Deadline | Current Deadline | New Deadline (affected in **bold**) |
|---|---|---|
| Proposed Class Notice Plan and/or Preliminary Approval Deadline for Non-Settling Defendants | Suspended | **December 17, 2021** |
| Discovery Motions | December 17, 2021 | **February 11, 2021** |
| Completion of Written Discovery and Fact Witness Depositions | December 31, 2021 | **February 25, 2021** |
| Plaintiffs and Third-Party Plaintiff Expert Disclosures | January 21, 2022 | **March 11, 2022** |
| 3rd Case Resolution Status Report | January 28, 2022 | **March 18, 2022** |
| Defendants and Third-Party Defendants' Expert Disclosures | February 28, 2022 | **April 15, 2022** |
| Expert Depositions | April 29, 2022 | **May 6, 2022** |
| Dispositive Motions | June 3, 2022 | June 3, 2022 |
| Responses to Dispositive Motions | June 24, 2022 (at latest)[1] | June 24, 2022 (at latest) |
| Replies on Dispositive Motions | July 8, 2022 (at latest) | July 8, 2022 (at latest) |
| Trial Date | November 8, 2022 | November 8, 2022 |

Per CMO ¶ N, the parties certify that the requested extension still conforms to Local Rule 16.01(h)(1) – indeed, the existing dispositive deadlines are unaffected.

---

[1] Responses are due within 21 days of the underlying motion, which therefore could fall before June 24 if the motion is filed earlier. The holds true for Reply briefs, which are due within 14 days of any Response brief.

Dated: November 12, 2021                Respectfully submitted,

<u>/s/ John Spragens</u>
Joe P. Leniski, Jr. (TN Bar. No. 22891)
Anthony Orlandi (TN Bar No. 33988)
BRANSTETTER, STRANCH & JENNINGS, PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Email: joeyl@bsjfirm.com
          aorlandi@bsjfirm.com

John Spragens (TN Bar No. 31445)
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

<u>/s/ Darrick O'Dell</u>
Darrick O'Dell
Spicer Rudstrom, PLLC
Philips Plaza
414 Union St., Suite 1700
Nashville, TN 37219
Telephone: (615) 259-9080
dlo@spicerfirm.com

Timothy G. Harvey
Keane A. Barger
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
tharvey@rwjplc.com
kbarger@rwjplc.com

*Attorneys for Defendant Karen Moore*

<u>/s/ G. Kline Preston, IV</u>
G. Kline Preston, IV
Kline Preston Law Group, PC
4515 Harding Pike

Suite 107
Nashville, TN 37205
(615) 279-1619
Fax: (866) 610-9565
kpreston@klineprestonlaw.com

*Attorney for Defendant Michelle Foreman*

*/s/ D. Gil Schuette*
D. Gil Schuette
Evan Rothey
Sims Funk, PLC
3322 West End Ave., Suite 200
Nashville, TN 37203
gschuette@simsfunk.com
erothey@simsfunk.com

*Attorneys for Third-Party Defendants Joe Gergley and Hypermetrics, LLC*

*/s/ Robert R. Laser, III (BPR 31202)*
Robert R. Laser, III (BPR 31202)
300 James Robertson Pkwy., Ste. 402
Nashville, TN 37201
Phone: (615) 622–1122
Direct: (615) 669–5468
rob@laserlawfirm.com

*Attorneys for Third-Party Defendants Heather Sellers and Best Sellers, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, a true and correct copy of the foregoing Proposed Case Management Order was served via the Court's online CM/ECF system and emailed notice to the following counsel of record:

Darrick O'Dell
Spicer Rudstrom, PLLC
Philips Plaza
414 Union St., Suite 1700
Nashville, TN 37219
Telephone: (615) 259-9080
dlo@spicerfirm.com

Timothy G. Harvey
Keane A. Barger
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
tharvey@rwjplc.com
kbarger@rwjplc.com

*Attorneys for Defendant Karen Moore*

G. Kline Preston, IV
Kline Preston Law Group, PC
4515 Harding Pike
Suite 107
Nashville, TN 37205
(615) 279-1619
Fax: (866) 610-9565
kpreston@klineprestonlaw.com

*Attorney for Defendant Michelle Foreman*

D. Gil Schuette
Evan Rothey
Sims Funk, PLC
3322 West End Ave., Suite 200
Nashville, TN 37203
gschuette@simsfunk.com
erothey@simsfunk.com

*Attorney for Third-Party Defendants Joe Gergley
and Hypermetrics, LLC*

Robert R. Laser, III (BPR 31202)
300 James Robertson Pkwy., Ste. 402
Nashville, TN 37201
Phone: (615) 622–1122
Direct: (615) 669–5468
rob@laserlawfirm.com

*Attorneys for Third-Party Defendants
Heather Sellers and Best Sellers, LLC*

                                         */s/ John Spragens*
                                         John Spragens