IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHAEL ANNE ELROD, ANDREW KAUFMAN, and SARAH MARTIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NO TAX 4 NASH, MICHELLE FOREMAN, and JOHN DOES 1-10,<br><br>Defendants. | No. 3:20-cv-00617<br><br>**District Judge Eli J. Richardson**<br>**Magistrate Judge Barbara D. Holmes**<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| BROOKS BRASFIELD, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NO TAX 4 NASH and JOHN DOES 1-10<br><br>Defendants. | No. 3:20-cv-00618 |

### JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY DEADLINES

Plaintiffs Rachel Anne Elrod, Andrew Kaufman, Sarah Martin, and Brooks Brasfield ("Plaintiffs"), Defendants Michelle Foreman and Karen Moore ("Named Defendants"), and Third-Party Defendants Best Sellers, LLC and its principal Heather Sellers (the "Best Sellers Third-Party Defendants"); and Hypermetrics, LLC and Joe Gergley (the "Hypermetrics Third-Party Defendants") (collectively, the "Parties"), by and through undersigned counsel, respectfully notify this Court that the Parties and reached an agreement in principle to resolve this lawsuit. The resolution was agreed to following multiple settlement discussions between the Parties. The Parties

1

are currently working to draft and finalize the settlement related documents and court filings. In light of the foregoing, the Parties request that the Court stay all proceedings and deadlines pending the filing of a motion for preliminary approval of settlement. In any event, the Parties will provide the Court with an update within the next thirty (30) days on their progress.

 **WHEREFORE**, the Parties respectfully request that this Court enter an Order staying all proceedings and deadlines pending the Parties' completion of the settlement documents and filing a motion for preliminary approval of settlement.

2

Case 3:20-cv-00617   Document 136   Filed 02/10/22   Page 2 of 5 PageID #: 931

Dated: February 10, 2022				Respectfully submitted,

*/s/ Anthony A. Orlandi*
Joe P. Leniski, Jr. (TN Bar. No. 22891)
Anthony Orlandi (TN Bar No. 33988)
BRANSTETTER, STRANCH & JENNINGS, PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Email: joeyl@bsjfirm.com
	 aorlandi@bsjfirm.com

John Spragens, TN Bar No. 31445
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorneys for Plaintiffs and the Certified Class*

And

*/s/ Darrick O'Dell*
Darrick O'Dell
Spicer Rudstrom, PLLC
Philips Plaza
414 Union St., Suite 1700
Nashville, TN 37219
Telephone: (615) 259-9080
dlo@spicerfirm.com

Timothy G. Harvey
Keane A. Barger
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
tharvey@rwjplc.com
kbarger@rwjplc.com

*Attorneys for Defendant Karen Moore*

And

3

/s/ G. Kline Preston, IV
G. Kline Preston, IV
Kline Preston Law Group, PC
4515 Harding Pike
Suite 107
Nashville, TN 37205
(615) 279-1619
Fax: (866) 610-9565
kpreston@klineprestonlaw.com

Richard W. Wackerfuss
Scott McCullough
MCNABB, BRAGORGOS, BURGESS & SORIN, PLLC
81 Monroe Avenue, Sixth Floor I
Memphis, TN 38103
Facsimile: (901) 624-0650
rwackerfuss@mbbslaw.com

*Attorneys for Defendant Michelle Foreman*

And

/s/ Robert R. Laser, III
Robert R. Laser, III (No. 31202)
300 James Robertson Pkwy., Ste. 402
Nashville, TN 37201
Phone: (615) 622–1122
rob@laserlawfirm.com

*Attorneys for Third-Party Defendants*
*Heather Sellers and Best Sellers, LLC*

And

/s/ D. Gil Schuette
D. Gil Schuette
Evan Rothey
Sims Funk, PLC
3322 West End Ave., Suite 200
Nashville, TN 37203
gschuette@simsfunk.com
erothey@simsfunk.com

*Attorney for Third-Party Defendants Joe*
*Gergley and Hypermetrics, LLC*

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 10, 2022, the foregoing was served via the Court's electronic filing system upon all counsel of record.

                                              */s/ Anthony A. Orlandi*
                                              Anthony A. Orlandi