IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RACHAEL ANNE ELROD, et al | ) | |
| | ) | |
| v. | ) | NO. 3:20-0617 |
| | ) | Richardson/Holmes |
| NO TAX 4 NASH, et al | ) | |

**O R D E R**

Among the matters pending before the Court is Plaintiffs' motion to leave to file a third amended consolidated complaint. (Docket No.123.) Because there is also a pending motion for preliminary approval of a class action settlement, the motion to amend is now moot and is therefore DENIED WITHOUT PREJUDICE to refiling should this case not proceed to resolution by final approval of settlement.[1]

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] This denial without prejudice includes that, if a final settlement is not approved, there shall not be any attributed prejudice solely from the passage of time to accommodate the attempted global resolution.