IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHAEL ANNE ELROD, ANDREW KAUFMAN, SARAH MARTIN, and BROOKS BRASFIELD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NO TAX 4 NASH, MICHELLE FOREMAN, KAREN MOORE, and JOHN DOES 1-10,<br><br>Defendants. | CIVIL ACTION NO.<br>3:20-cv-00617<br><br>District Judge Richardson<br>Magistrate Judge Barbara D. Holmes |
| MICHELLE FOREMAN and KAREN MOORE,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>BEST SELLERS, LLC, HEATHER SELLERS, JOE GERGLEY, and HYPERMETRICS, LLC,<br><br>Third-Party Defendants. | |

## MOTION FOR ADDITIONAL TIME TO FUND SETTLEMENT

Defendant Karen Moore respectfully moves the court for a ten (10) day extension of time within which to fund the settlement fund under the settlement agreement for which this court granted preliminary approval on May 25, 2022. [Dkt. 152]. This motion is not opposed. In support of her motion, Ms. Moore would show the court as follows:

1. On May 25, 2022, this court entered an order granting preliminary approval of the settlement reached in this class action case.

2. The settlement agreement approved the court calls for payments from Defendants to be made within fifteen (15) days from the date of preliminary approval. [Dkt 147-1] ¶45. That deadline would run today, June 9, 2022.

3. The large portion of the settlement ($1,000,000 of the total settlement amount of $1,001,050) will come from two separate insurance carriers for Ms. Moore.

4. Due to various factors, including a delay in getting instructions for payment, the two carriers have been unable to meet this deadline. However, both carriers have issued payment and the settlement checks should be delivered within one (1) week.

5. Class counsel does not oppose this request.

WHEREFORE, defendant Karen Moore respectfully requests that the court extend the deadline for all defendants to fund the settlement in this matter until Monday, June 19, 2022.

Respectfully submitted,

*/s/Garry K. Grooms*
Garry K. Grooms, Esq. (BPR #12647)
Zachary D. Miller, Esq. (BPR #32674)
Burr & Forman LLP
222 Second Avenue South, Ste. 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3258
Facsimile: (615) 724-3358
E-mail: zmiller@burr.com
E-mail: ggrooms@burr.com

Darrick L. O'Dell, Esq.
Spicer Rudstrom PLLC
Philips Plaza
414 Union Street, Suite 1700
Nashville, TN 37219-1823
dlo@spicerfirm.com

Timothy G. Harvey, Esq.
Keane A. Barger, Esq.
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
tharvey@rwjplc.com
kbarger@rwjplc.com

*Counsel for Defendant/Third-Party Plaintiff Karen Moore*

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion via Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail on this the 9th day of June, 2022:

D. Gil Schuette, Esq.
Evan S. Rothey, Esq.
Sims Funk, PLC
3322 West End Avenue, Ste. 200
Nashville, TN 37203
gschuette@simsfunk.com
erothey@simsfunk.com

*Counsel for Third-Party Defendants Joe Gergley and Hypermetrics, LLC*

R. Scott McCullough
McNabb, Bragorgos, Burgess & Sorin, PLLC
81 Monroe, Sixth Floor
Memphis, TN 38103
smccullough@mbbslaw.com

G. Kline Preston, IV, Esq.
Belle Meade Office Park
4515 Harding Pike, Suite 107
Nashville, TN 37205
kpreston@klineprestonlaw.com
Counsel for Defendant/Third-Party Plaintiff
Michelle Foreman

John Tate Spragens, Esq.
Spragens Law, PLC
311 22nd Avenue North
Nashville, TN 37203
john@spragenslaw.com

Joey P. Leniski, Esq.
Anthony A. Orlandi, Esq.
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 200
Nashville, TN 37203
joeyl@bsjfirm.com
aorlandi@bsjfirm.com

*Counsel for Representative Plaintiffs and the Proposed Class*

*By U.S. Mail upon:*

Best Sellers, LLC
313 Red Eagle Circle
Ridgeland, MS 39157

Heather Sellers
313 Red Eagle Circle
Ridgeland, MS 39157

/s/Garry K. Grooms