IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL ANNE ELROD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:20-cv-00617 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| NO TAX 4 NASH, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Pending before the Court is Plaintiff's Motion for Attorney Fees. (Doc. No. 157, "Motion"). This Motion is **REFERRED** to the Magistrate Judge for decision or recommendation as appropriate.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE