IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL ANNE ELROD, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) NO. 3:20-cv-00617 ) JUDGE RICHARDSON |
| NO TAX 4 NASH, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court is Plaintiff's "Unopposed Motion for Approval of *Cy Pres* Beneficiary the League of Women Voters of Tennessee." (Doc. No. 162, "Motion"). "*[C]y pres* refers to the practice of distributing settlement funds not amenable to individual claims or meaningful pro rata distribution to nonprofit organizations whose work is determined to indirectly benefit class members." *Frank v. Gaos*, 139 S. Ct. 1041, 1045 (2019). In deciding among *cy pres* distribution options, a court should "account for the nature of the plaintiffs' lawsuit, the objectives of the underlying statutes, and the interests of the silent class members." *In re Google Inc. St. View Elec. Commc'ns Litig.*, 21 F.4th 1102, 1116 (9th Cir. 2021) (quoting *Nachshin v. AOL, LLC*, 663 F.3d 1034, 1036 (9th Cir. 2011)).

Plaintiff's Motion states that "the League of Women Voters of Tennessee [is] a nonpartisan, nonprofit political organization" that is a "particularly appropriate recipient for any unclaimed funds in this case, which concerns a dispute arising from political participation in the democratic process."[1] (Doc. No. 162 at 2). Upon review, the Court finds that this selection is in

---

[1] From a review of the website of the League of Women Voters of Tennessee, the organization appears to take positions on a variety of issues, some clearly not directly related to "vot[ing]" as such. This might suggest to some observers,

accordance with the nature of the case and the interests of the underlying class members. Accordingly, the Motion is **GRANTED.**

    IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

depending on their interpretation of the term "non-partisan," that the organization is not accurately described as "non-partisan." But the Court believes that the Court can grant the Motion for the reasons set forth herein without embracing or rejecting the notion that the organization is nonpartisan.