# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RACHAEL ANNE ELROD, ANDREW KAUFMAN, and SARAH MARTIN, on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-00617 |
| Plaintiffs, | District Judge Eli J. Richardson<br>Magistrate Judge Barbara D. Holmes |
| v. | CLASS ACTION |
| NO TAX 4 NASH, MICHELLE FOREMAN, and KAREN MOORE, | JURY DEMAND |
| Defendants. | |
| BROOKS BRASFIELD, on behalf of himself and all others similarly situated, | |
| Plaintiff, | *Consolidated with*<br>Case No.: 3:20-cv-00618 |
| v. | |
| NO TAX 4 NASH, MICHELLE FOREMAN, and KAREN MOORE, | |
| Defendants. | |
| MICHELLE FOREMAN and KAREN MOORE, | |
| Third-Party Plaintiffs, | |
| v. | |
| BEST SELLERS, LLC, HEATHER SELLERS, JOE GERGLEY, and HYPERMETRICS, LLC, | |
| Third-Party Defendants. | |

**REPRESENTATIVE PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Rachael Ann Elrod, Andrew Kaufman, Sarah Martin, and Brooks Brasfield (the "Representative Plaintiffs") respectfully move this Court for entry of an order: (1) granting final approval of the proposed Settlement; and (2) determining that adequate notice was provided to the Class in conformity with the Court's Preliminary Approval Order, Fed. R. Civ. P. 23(c)(2)(B), and due process.

The Motion is supported by a Memorandum of Law in Support, the Final Approval Order and the Declaration of Jeffrey Johnson in support of the Motion for Final Approval, which are filed contemporaneously herewith. Counsel for Representative Plaintiffs has conferred with Counsel for Defendants, who have indicated that they do not oppose this Motion.

The Representative Plaintiffs therefore respectfully request that the Court enter the Order attached hereto as **Exhibit A**.

Dated: September 1, 2022               Respectfully submitted,

By:    /s/ Joe P. Leniski Jr.
JOE P. LENISKI, JR. (BPR# 22891)
ANTHONY ORLANDI (BPR# 33988)
BRANSTETTER STRANCH & JENNINGS, PLLC
The Freedom Center
223 Rosa L. Parks Ave., Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
joeyl@bsjfirm.com
aorlandi@bsjfirm.com

John Spragens (TN Bar No. 31445)
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
Telephone: (615) 983-8900
john@spragenslaw.com

*Counsel for the Representative Plaintiffs and the Settlement Class*

1

## CERTIFICATE OF SERVICE

It is hereby certified that on this September 1, 2022, the foregoing Plaintiffs' Unopposed Motion for an Order Granting Final Approval of Settlement was served via the Court's CM/ECF system upon the following counsel of record:

Darrick O'Dell
Spicer Rudstrom, PLLC
Philips Plaza
414 Union St., Suite 1700
Nashville, TN 37219
Telephone: (615) 259-9080
dlo@spicerfirm.com

Timothy G. Harvey
Keane A. Barger
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
tharvey@rwjplc.com
kbarger@rwjplc.com

Garry K. Grooms
Zachary D. Miller
Burr & Forman, LLP
222 Second Avenue South, Ste. 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3258
Facsimile: (615) 724-3358
zmiller@burr.com
ggrooms@burr.com

G. Kline Preston, IV
Kline Preston Law Group, PC
4515 Harding Pike
Suite 107
Nashville, TN 37205
(615) 279-1619
Fax: (866) 610-9565
kpreston@klineprestonlaw.com

Richard W. Wackerfuss
Scott McCullough
MCNABB, BRAGORGOS, BURGESS & SORIN, PLLC
81 Monroe Avenue, Sixth Floor I
Memphis, TN 38103
Facsimile: (901) 624-0650
rwackerfuss@mbbslaw.com

Robert R. Laser, III (No. 31202)
300 James Robertson Pkwy., Ste. 402
Nashville, TN 37201
Phone: (615) 622–1122
rob@laserlawfirm.com

D. Gil Schuette
Evan Rothey
Sims Funk, PLC
3322 West End Ave., Suite 200
Nashville, TN 37203
gschuette@simsfunk.com
erothey@simsfunk.com

                                */s/ Joe P. Leniski, Jr.*
                                Joe P. Leniski, Jr.