| | |
|---|---|
| RACHAEL ANNE ELROD, ANDREW KAUFMAN, and SARAH MARTIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NO TAX 4 NASH, MICHELLE FOREMAN, and KAREN MOORE,<br><br>Defendants. | Case No. 3:20-cv-00617<br><br>District Judge Eli J. Richardson<br>Magistrate Judge Barbara D. Holmes<br><br>CLASS ACTION<br><br>JURY DEMAND |
| BROOKS BRASFIELD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NO TAX 4 NASH, MICHELLE FOREMAN, and KAREN MOORE,<br><br>Defendants. | *Consolidated with*<br>Case No.: 3:20-cv-00618 |
| MICHELLE FOREMAN and KAREN MOORE,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>BEST SELLERS, LLC, HEATHER SELLERS, JOE GERGLEY, and HYPERMETRICS, LLC,<br><br>Third-Party Defendants. | |

## NOTICE OF FILING OF REVISED PROPOSED FINAL APPROVAL ORDER

As requested by the Court at the final fairness hearing conducted in this matter on September 15, 2022, Representative Plaintiffs, Rachel Anne Elrod, Andrew Kaufman, Sarah Martin and Brooks Brasfield, hereby provide the Court with this notice of filing attaching a revised proposed final approval order conforming to the Court's comments and instructions (attached as **Exhibit A**). A Microsoft Word version of this document has also been emailed to chambers.

Dated: September 15, 2022  Respectfully submitted,

By: */s/ Joe P. Leniski Jr.*
JOE P. LENISKI, JR. (BPR# 22891)
ANTHONY ORLANDI (BPR# 33988)
BRANSTETTER STRANCH &
JENNINGS, PLLC
The Freedom Center
223 Rosa L. Parks Ave., Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
joeyl@bsjfirm.com
aorlandi@bsjfirm.com

John Spragens (TN Bar No. 31445)
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
Telephone: (615) 983-8900
john@spragenslaw.com

*Counsel for Representative Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

It is hereby certified that on this September 15, 2022, the foregoing Notice of Filing was served via the Court's CM/ECF system upon the following counsel of record:

Darrick O'Dell
Spicer Rudstrom, PLLC
Philips Plaza
414 Union St., Suite 1700
Nashville, TN 37219
Telephone: (615) 259-9080
dlo@spicerfirm.com

Timothy G. Harvey
Keane A. Barger
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
tharvey@rwjplc.com
kbarger@rwjplc.com

G. Kline Preston, IV
Kline Preston Law Group, PC
4515 Harding Pike
Suite 107
Nashville, TN 37205
(615) 279-1619
Fax: (866) 610-9565
kpreston@klineprestonlaw.com

Richard W. Wackerfuss
Scott McCullough
MCNABB, BRAGORGOS, BURGESS & SORIN, PLLC
81 Monroe Avenue, Sixth Floor I
Memphis, TN 38103
Facsimile: (901) 624-0650
rwackerfuss@mbbslaw.com

Robert R. Laser, III (No. 31202)
300 James Robertson Pkwy., Ste. 402
Nashville, TN 37201
Phone: (615) 622–1122
rob@laserlawfirm.com

D. Gil Schuette
Evan Rothey
Sims Funk, PLC
3322 West End Ave., Suite 200
Nashville, TN 37203
gschuette@simsfunk.com
erothey@simsfunk.com

            */s/ Joe P. Leniski, Jr.*
            Joe P. Leniski, Jr.

4

Case 3:20-cv-00617   Document 168   Filed 09/15/22   Page 4 of 4 PageID #: 1222